AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00060 |
| Eleanor Hunter Hoppe | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 3/17/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Eleanor Hunter Hoppe                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography;
18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor;
18 U.S.C. §§ 2423(a) and (e)- Attempted Transportation of a Minor with Intent to Engage in Sexual Activity.

Date: 03/17/2023

*Zia M. Faruqui*
Digitally signed by Zia M. Faruqui
Date: 2023.03.17 12:50:06 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/10/2023, and the person was arrested on *(date)* 3/20/2023
at *(city and state)* Washington DC.

Date: 3/20/2023

*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*