UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 23-102 (RC)** |
| | : | |
| **ELEANOR HOPPE,** | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

Eleanor Hoppe, by and through counsel, respectfully moves this Honorable Court to Continue the Status Hearing in the above-captioned matter, currently scheduled for June 6, 2023, for approximately 60 days. In support thereof, the defense states as follows:

1. Ms. Hoppe was indicted on March 29, 2023. The government has turned over significant amounts of discovery and defense counsel has visited the U.S. Attorney's Office to view evidence. Additional discovery is forthcoming and defense counsel will be arranging another evidence viewing at the U.S. Attorney's Office in the coming weeks.

2. The defense needs additional time to review discovery, meet with Ms. Hoppe, obtain relevant records, and perform necessary investigation.

3. The parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the defense adequate time to prepare.

Wherefore, the parties respectfully request that the Court continue the Status Hearing in this matter for approximately 60 days and that time be excluded between June 6, 2023 and the date of the next Status Hearing.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
NED SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC  20004
(202) 208-7500