UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 23-102 (RC) |
| : | |
| ELEANOR HOPPE, : | |
| Defendant. : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled Status Hearing on June 5, 2023 be continued for good cause to _____ at \_\_\_\_ a.m./p.m.; and it is further

ORDERED that the time between June 5, 2023 and _____ shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the defense with adequate time to prepare for trial.

_____
The Honorable Rudolph Contreras
United States District Judge