# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | **Case No.: 23-cr-102 (RC)** |
| **ELEANOR HOPPE,** : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

The Office of the Federal Public Defender, informs the Court that Assistant Federal Public Defender Ned Smock, is terminating his appearance as counsel for Eleanor Hoppe on the record in this matter. Assistant Federal Public Defender Ubong Akpan entered her appearance on June 23, 2023 as counsel for Ms. Hoppe.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

NED SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC  20004
(202) 208-7500