**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 23-CR-102 (RC)** |
| | : | |
| **ELEANOR HOPPE,** | : | |
| **Defendant.** | : | |

**MOTION FOR COURT ORDER REGARDING DEFENDANT'S MEDICAL TREATMENT AT D.C. JAIL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to issue an order directing the D.C. Department of Corrections to provide undersigned counsel with information regarding the defendant's medical treatment. In support of this motion, the government states as follows:

1.      On August 11, 2023, the government formally extended a plea offer to one count of Coercion and Enticement, in violation of 18 U.S.C. § 2422(b). To date, the government has not received a response regarding the plea from the defendant. On October 23, 2023, the government informed counsel for the defendant that the plea offer would expire on the date of the next status hearing (then set for December 12, 2023, now December 14, 2023).

2.      On December 9, 2023, the defendant filed a motion for release from pre-trial detention, alleging that the D.C. Department of Corrections (DOC) is not providing her with her required medications on a daily basis. The defendant argues that she is not "particularly dangerous" and requests release into the custody of her aunt.

3.      In order to respond to the defendant's claim, the government needs information from DOC regarding its provision of medication to the defendant. However, undersigned counsel

1

has been informed by the General Counsel of DOC that DOC requires a court order for this information.

4.      The government therefore seeks an Order from the Court directing DOC to provide undersigned counsel with information regarding the course of the defendant's medication regimen while she has been in the custody of DOC, so that the government may respond to the defendant's motion. The government will share this information with counsel for the defendant.


Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY


By:      /s/  Caroline Burrell
Caroline Burrell
Assistant United States Attorney
CA Bar No. 283687
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-6950
Caroline.burrell@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 23-CR-102** |
| **ELEANOR HOPPE,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Upon consideration of the government's Motion for Court Order Regarding Medical Treatment at the D.C. Jail, and for good cause, it is this _____ day of December 2023 hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the D.C. Department of Corrections shall provide the government with information regarding its provision of medication to the defendant while in the custody of the D.C. Department of Corrections.

_____
THE HONORABLE RUDOPLH CONTRERAS
UNITED STATES DISTRICT JUDGE

3