UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 23-CR-102 |
| ELEANOR HOPPE, | : |
| Defendant. | : |

## ORDER

Upon consideration of the government's Motion for Court Order Regarding Medical Treatment at the D.C. Jail, and for good cause, it is this __14th__ day of December 2023 hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the D.C. Department of Corrections shall provide the government with information regarding its provision of medication to the defendant while in the custody of the D.C. Department of Corrections.

_____
THE HONORABLE RUDOPLH CONTRERAS
UNITED STATES DISTRICT JUDGE