## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 23-CR-102 (RC)** |
| : | |
| **ELEANOR HOPPE,** : | |
| **Defendant.** : | |

### GOVERNMENT'S RESPONSE TO DEFENSE MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the defendant's motion to continue the status hearing currently scheduled for April 3, 2024.

1. The government does not oppose continuing the status hearing to April 18 or 19, 2024, provided that the time under the Speedy Trial Act is excluded. However, the government opposes continuing the hearing beyond those dates given the multiple prior continuances requested in this case.

2. The government has extended two plea offers to the defendant: the first offer is to one count of Coercion and Enticement (18 U.S.C. § 2422(b)); the second offer is a Rule 11(c)(1)(C) plea to Distribution of Child Pornography (18 U.S.C. § 2252(a)(2)) with an agreed-upon sentence of 135 months' incarceration followed by ten years of supervised release. Both plea offers expire on April 17, 2024. The government has provided the defense with the plea paperwork for both offers and has informed the defense that the signed plea paperwork must be emailed to the government by April 17, 2024, and that there will be no further extensions.

1

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY


By:    */s/ Caroline Burrell*
       Caroline Burrell
       Assistant United States Attorney
       CA Bar No. 283687
       U.S. Attorney's Office
       601 D. St. NW
       Washington, D.C. 20530
       202-252-6950
       Caroline.burrell@usdoj.gov