UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 23-CR-102 (RC) |
| | : | |
| v. | : | |
| | : | |
| ELEANOR HOPPE, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Eleanor Hoppe, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which she is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

### Statement of Facts

Beginning in late February 2023, a Task Force Officer with the FBI's Washington Field Office was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a fetish website known to law enforcement as a place where people meet, discuss, and trade original images depicting the sexual abuse of children and links containing child pornography, among other things.

The defendant, using the screenname "titotori," initiated a private email chat with the UC via the fetish website. She informed the UC that she was a mother, and that she wanted to chat with the UC about "taboo parenting." The UC responded that he was the father of a young girl. The defendant informed the UC that she chats on a social media application that uses end-to-end

1

encryption. The UC then began communicating with the defendant via this social media application, on which the defendant used the screenname "tori4fun."

On February 27, 2023, the defendant asked the UC about the abuse he was perpetrating against his daughter, inquiring "What about you? What do you think the next step for you and your daughter will be?" Throughout the defendant's messages with the UC, which continued through March 16, 2023, the defendant expressed an interest in traveling to Washington D.C. from her home in Charlottesville, Virginia in order to sexually abuse the UC's purported 8-year-old daughter with the UC. In particular, the defendant repeatedly stated that she wanted to assist the UC introduce his 8-year-old daughter to sexual activity.

On March 8, 2023, while discussing the sexual abuse that she intended to perpetrate against the UC's daughter, the defendant wrote the following: "a great think [sic] to do is to wake her up by trying new things...that hazy/ dreamlike state is perfect to introduce a variety of new things...especially with someone to help with positioning Her body and then you let her fall right back to sleep." A few days later, on March 12, 2023, while still discussing the plan to travel to D.C. to sexually abuse the UC's purported daughter, the defendant told the UC, "if I were you, I'd start building up Thursday telling her that you know it's gonna be super fun we're gonna hang out with an old friend of yours. It's going to be like the best night ever blah blah blah and then once I get there, obviously, it will take a slight turn. I've loved anal for a long time don't worry I can train her well."

On March 16, 2023, using the encrypted application, the defendant sent the UC three images that depicted the following:

> (1) a prepubescent minor female, fully nude with her legs spread. An adult
> man can be seen penetrating the child's vagina with his penis;

2

(2) a prepubescent minor female, nude from the waist down. She is lying on her back, with her legs up in the air, while an adult male penetrates the child's vagina with his penis; and

(3) a prepubescent minor female, fully nude but for a pair of white, thigh-high socks. The child is shown straddling an adult man, whose penis is inserted into the little girl's vagina.

The UC was in an office in the District of Columbia at the time he received the messages.

After some additional chat exchanges on March 16, 2023, the defendant and the UC agreed that the defendant would travel from her home in Charlottesville, Virginia to a hotel located in Warrenton, Virginia. The defendant believed that the UC would bring his purported 8-year-old daughter from Washington, D.C. to the Warrenton hotel so that the defendant and the UC could sexually abuse the child together. The defendant sent the UC a photograph of a pink silk robe she would bring with the message, "Her big girl robe for tonight."

The defendant traveled to the hotel in Warrenton for the purpose of sexually abusing the UC's purported child. While en route, the defendant and the UC exchanged the following messages:

> **HOPPE**: Wake her up and let her take a bath…lots of bubbles and go ahead and make sure you're helpknb [sic] soap both her asshole and pussy in the tub
>
> And then when she gets out of the tub, just let her wrap up in a big towel and try to keep her cozy on the couch or something like that but try not to get her back in clothes. I'll be thee as soon as I can and I'll get naked to.
>
> Remember this is a special daddy daughter night no clothes needed.
>
> **UC**: Yes, I like that plan !!!
>
> **UC**: : )
>
> **HOPPE**: I am so bitter that I'm an hour away. It's unreal.
>
> **UC**: I'm sorry babe
>
> **UC**: Will be worth it

3

**HOPPE**: Keep me posted and don't forget to wash her pussy to asshole and back again

And get out any toys leave stuff like that that you brought and put it right on the bedside table so she knows that that is what we are here to do

Remember these nights in the hotel with dad or about nothing but having fun feeling good and fucking

The defendant was arrested when she arrived at the hotel. During an inventory search of her car, law enforcement found a pink children's bag that contained lubricant, silk undergarments, and the pink silk robe that was depicted in an image that the defendant sent to the UC.

Law enforcement seized the defendant's iPhone from her car. During a search of the phone, law enforcement located conversations with numerous other individuals on encrypted applications in which the defendant discussed grooming and sexual abusing children. In addition, law enforcement located 28 images and 7 videos of child sexual abuse material on the device, including material showing the sexual abuse of toddlers and prepubescent children, as well as children being abused while bound and gagged.

Respectfully,

MATHEW GRAVES
UNITED STATES ATTORNEY

_/s/ Caroline Burrell_
Caroline Burrell
Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGEMENT

I, Eleanor Hoppe, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by.my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the offense fully.

Date: 4/15/24

Eleanor Hoppe
Defendant

ATTORNEY'S ACKNOWLEDGEMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/15/2024

Ubong E. Akpan
Ubong Akpan, Esq.
Attorney for Defendant