## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 23-cr-102 (RC) |
| | : | |
| ELEANOR HOPPE, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

Based upon the recommendation of the Probation Office and in consultation with the parties, it is hereby **ORDERED** that:

1. The defendant undergo a presentence evaluation as authorized by 18 U.S.C. § 3552(b), to be conducted by a community provider determined by the Probation Office, under the direction of the Probation Office, and in accordance with the examiner's standard practice; and

2. At the conclusion of the evaluation, the examiner shall submit to the Court, counsel for the government, counsel for the defendant, and the Probation Office a written report providing information and any recommendations specific to the defendant's history and characteristics that may assist the Court in sentencing.

The Court authorizes the United States Probation Office and the parties to release any information/documentation pertaining to the case and the defendant to the contracted evaluator to facilitate the requested evaluation.

Further, the Court hereby terminates the scheduled sentencing date and any associated scheduling orders which may be pending. A sentencing date will be established in consultation with the parties once the evaluation process has concluded.

**SO ORDERED.**

Dated: September 5, 2024

RUDOLPH CONTRERAS
United States District Judge