# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 23-CR-102 (RCC)** |
| : | |
| **ELEANOR HOPPE,** : | |
| **Defendant.** : | |

## JOINT PROPOSED SENTENCING SCHEDULE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for the defendant, Ms. Ubong Akpan, respectfully file this joint proposed sentencing schedule pursuant to the Court's December 4, 2024 Minute Order.

1.  The defendant is scheduled for surgery in January or February 2025.[1] Defense counsel is scheduled for trial in January 2025, and government counsel is expected to begin a trial in front of Judge Leon on March 18, 2025.

2.  Given the uncertainty regarding the defendant's date of surgery and subsequent recovery time, the parties request a sentencing date in late March. The parties, including the Probation Officer, are available for sentencing on March 27, March 28, or April 2, 2025.

3.  The parties request that sentencing memoranda be due two weeks before the sentencing hearing, with replies due one week before the hearing.

WHEREFORE, the parties respectfully request that the Court set the defendant's sentencing hearing for March 27, March 28, or April 2, 2025.

---

[1] The D.C. Department of Corrections does not provide advance notice of the date of medical procedures for security purposes.

1

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: ___/s/ Caroline Burrell___
Caroline Burrell
Assistant United States Attorney
CA Bar No. 283687
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20579
202-252-6950
Caroline.burrell@usdoj.gov