UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CR NO. 23-102 (RC)** |
| : | |
| **ELEANOR HOPPE,** : | |
|     **Defendant.** : | |

**UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING AND DEADLINES**

Eleanor Hoppe, by and through counsel, respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for March 27, 2025, and the related sentencing memoranda deadlines for approximately 30 days. The parties anticipated that Ms. Hoppe's surgery would take place in January or February of 2025. See ECF No. 51. The surgery has not taken place yet. Undersigned counsel is in communication with Ms. Hoppe's attorney who addresses her medical concerns and needs time to determine if and when the surgery will take place. As a result, undersigned counsel needs additional time to prepare for sentencing. The government does not oppose this motion. To the extent it is needed, the parties agree to the exclusion of time under the Speedy Trial Act.

                                            Respectfully submitted,

                                            A. J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                                            _____/s/_____
                                            UBONG E. AKPAN
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue, NW, Suite 550
                                            Washington, DC  20004
                                            (202) 208-7500