UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 23-102 (CRC) |
| **ELEANOR HOPPE,** ) | |
| _____ ) | |

## ORDER

Upon consideration of the Unopposed Motion to Continue, and for good cause shown, it is hereby,

**ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**


DATE: _____, 2025

_____
JUDGE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT