**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CR NO. 23-102 (RC)** |
| : | |
| **ELEANOR HOPPE,** : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE**
**SENTENCING HEARING AND DEADLINES**

Eleanor Hoppe, by and through counsel, respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for May 1, 2025, and the related sentencing memoranda deadlines for approximately 2 weeks.  Due to scheduling changes, undersigned counsel needs additional time to submit the sentencing memorandum.  The additional time will allow the parties to respond to sentencing memoranda.  The government does not oppose this motion.  The parties have conferred and are available in the afternoon on May 15th and May 19th. To the extent it is needed, the parties agree to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC  20004
(202) 208-7500