# EXHIBIT 2



Jonathan DeRight, PhD, ABPP-CN



 703-957-7300

 1390 Chain Bridge Rd #85
McLean, VA 22101

 1464 Ingleside Avenue
McLean, VA 22101



 844-238-6630

deright@braindiagnosis.com

















The conclusions, opinions, and recommendations contained in this report are based on information that was available at the time of this report's preparation. Should additional information be forthcoming from any source, these conclusions, opinions, and recommendations are subject to review and revision.

Jonathan DeRight, PhD, ABPP
Board Certified in Clinical Neuropsychology
Licensed Clinical Psychologist