# EXHIBIT 5



The Honorable Rudolph Contreras
333 Constitution Ave NW
Washington, DC 20001

**<u>Re: Character Letter for Eleanor Hoppe</u>**　　　　　　　　　　　　　　　May 8, 2025

Dear Judge Contreras,

For more than two years, I have observed Ms. Eleanor Hoppe through her consistent participation in the Georgetown University Prison Scholars program at the DC Jail. Ms. Hoppe is one of many students enrolled in the non-degree, credit-bearing undergraduate program provided through the Georgetown Prisons and Justice Initiative (PJI) in partnership with the DC Department of Corrections (DOC).

Ms. Hoppe was admitted to the Scholars program in Fall 2023 and has been a stellar student from the start. She approaches her learning with curiosity and persistence, discovering new topics of interest and committing to learn thoroughly about different subjects. She has generously extended her knowledge by serving as a tutor for GED programming, and on her unit helping others with various challenges. Ms. Hoppe also participates in other educational and vocational offerings including cosmetology and culinary arts.

Regarding Ms. Hoppe's academic performance, she has completed courses in Theology, Writing, Performance Studies, Spanish, Public Policy, and Computer Science among other disciplines. She has performed exceptionally well, earning a 3.9 GPA in Georgetown's College of Arts and Sciences. Ms. Hoppe demonstrates tolerance and respect in the classroom environment, often recognizing when her peers want to share thoughts and creating a welcoming environment for dialogue. Ms. Hoppe engages thoughtfully with materials presented, asking pertinent questions and reflecting on its significance either written or verbally.

Throughout her time at the DC Jail, I have witnessed Ms. Hoppe transform into a leader in the classroom and be a guide for others looking to discover a love for learning. Her ability to navigate the carceral system and work to achieve higher education while lifting others up is truly commendable.

Our program is backed by a large body of research indicating exposure to educational programming while incarcerated reduces recidivism. I am not familiar with the circumstances that have led to Ms. Hoppe's incarceration, however, she strikes me as someone who is concerned about her future and wants to lead a productive life. I hope she gets the opportunity to contribute meaningfully to her community and continue on her path to self improvement.

Please do not hesitate to contact me at valerie.coats@georgetown.edu with any questions and thank you for your consideration.

Sincerely,

Valerie Coats
Program Director, Georgetown University Prisons Scholars at DC Jail