# EXHIBIT 10

Dear Judge Contreras,

I have known Eleanor Hoppe for most of her life. She is a beautiful human being. Any time I spent in her company was always a pleasant, positive, and delightful experience. Eleanor is a model of goodwill. If there were more people of her caliber on the planet, the world would be a better place. Putting her in prison is an aberration of the worst kind.

Very respectfully,
Ethel B. Powell

EPPA HUNTON
8401 Patterson Ave. Suite 101
Richmond, VA 23229
804-747-4547

April 15, 2025

The Honorable Judge Rudolph Contreras
U.S. District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:     Eleanor H. Hoppe #384117

May it please the court. My name is Eppa Hunton. I am the father of Eleanor Hunton Hoppe and husband of her mother, Mary Peters Hunton. Mary joins me in my expression of support for Eleanor and I join her in her support of Eleanor.

The Huntons came to Virginia in the 1700's and have been here ever since. Including my son, Eppa Hunton VI, there have been six generations of Eppa Huntons who were or are today practicing attorneys here in Virginia. It is a very proud family, proud of their ancestors and today proud of Eleanor Hoppe who stands before this court to receive your judgment. But I am here to plead for mercy and leniency.

Eleanor was diagnosed with Multiple Sclerosis at the age of 18, although symptoms appeared earlier. Upon substantial medical evidence, the charges against Eleanor stem from the medical malpractice of Dr. Paul Spector. MS is a non-curable disease of the nervous system. She has the relapsing remitting type that causes the symptoms come and go. Typically, MS first affects long muscles of legs and arms, but it can affect any part of the body. Doctors only treat the symptoms and they cannot cure the disease.

The Honorable Judge Rudolph Contreras
April 15, 2025
Page 2

 Despite her disease, she was married to a Federal Magistrate judge in the Western District of Virginia. They had two lovely daughters, now 15 and 13. They both excel in school and will be fine contributing members of society.

 Eleanor Hoppe attended and graduated from a prestigious all-girls school in Richmond. She graduated from the University of Virginia in four years with a BS in Psychology. Subsequently, she has worked to support her family. She is an accomplished woman who has been hampered in life by her disease. She has never asked for sympathy, but always puts her best foot forward despite her illness.

 From the time she was diagnosed with MS, one of her care team was Dr. Paul Spector, OD of Richmond, Virginia. He did not treat the MS, but ancillary symptoms and illnesses which occurred from time to time. One of the recent disorders was restless leg syndrome (RLS). It is a neurological disorder that caused an irresistible urge to move the legs. It typically happens at night when at rest. Sometimes the symptoms get better and worse. Sometimes the symptoms disappear for a period of time and reappear. Dr. Spector prescribed Mirapex, the brand name for Pramipexole which is used to treat Parkinson's disease and RLS. Mirapex has side affects including increased sexual urges, uncontrolled spending, binge or compulsive eating disorders and gambling urges. Eleanor reported her heightened sexual awareness to Dr. Spector who put this into his treatment notes but did not decrease dosage or change her treatment. It was while on Mirapex that the events leading to her arrest occurred. It was the only occurrence of her acting out sexual urges. There has been no acting out of sexual urges in prison.

The Honorable Judge Rudolph Contreras
April 15, 2025
Page 3

Of course, the arrest has dramatically affected her life. In addition to MS and RLS, Eleanor has a physical abnormality that needs treatment by a skilled surgeon. She needs a hip replacement. Her hip is injured due to her MS and its effects on her muscles. While in the DC Detention Center for the last two years, she has been seen by two doctors who state she must have the hip surgery or become crippled. If she cannot have the surgery, it will become unavailable in her deteriorated condition. This is cruel and unusual punishment for a woman who has been a productive member of society and whose offense is directly attributable to the ineffective and criminal treatment by her doctor. Dr. Spector has voluntarily surrendered his license for improperly dispensing of drugs "off label". In Eleanor's case, he did not respond to the sexual urges she reported, but increased the dosage off label, thus exacerbating the deletrious effect of the drug. His last prescription was one month before her arrest and she was still taking it at the time.

Often an offender says their environment made them do it and they ought to be excused. Not in this case, Eleanor lived well, raised a family of girls and worked in the community. Her betrayal was the doctor in her life who provided treatment of various side effects of MS over many years. It is tragic that the person she trusted most betrayed her despite the fact she reported to him sexual proclivity which did not exist before Mirapex. She has suffered incarceration for two years for an offense brought about by her doctor which she did not understand. I believe this is a case for leniency and compassion by the court.

Finally judge, Eleanor's true personality and character has been shown while incarcerated, where she has been a GED instructor and member of the prison debate team that

The Honorable Judge Rudolph Contreras
April 15, 2025
Page 4

defeated George Mason University debate team in the debate held in the Federal Court Building. She has also attended numerous college level courses provided to inmates and excelled with a 4.0 average. Her activities and contributions while incarcerated are evidence that she is no longer affected by the drug and her attitudes and activities are "normal", not criminal.

    Thank you for your consideration.

                      Warmest regards,

                        Eppa Hunton

April 12, 2025

Dear Judge Contreras,

Eleanor Hoppe is my niece. She is a very intelligent and caring person with a tragic disease, Multiple Sclerosis. She has had MS for over 20 years and has exhausted most of the regular MS medications. She was placed on an experimental drug, Mirapex. She was taken off this drug by physicians at the University of Virginia hospital. Her doctor here in Richmond, put her back on the drug and doubled the dosage. I noticed changes in her behavior and decision-making about a year before she was charged with any crimes. The crimes she committed are consistent with reported side effects of this drug. I never saw or heard anything that negatively impacted her ability to be a good parent.

I have always been impressed with her parenting skills. She was a dedicated and nurturing mother. She was very involved with her children and was always available to them. She supported them in all of their activities. She was also involved in supporting her community in many ways.

While serving time in the D.C. jail, she has been productive. She is taking various college classes and maintains a 4.0 grade point average. She teaches classes to other inmates to help them successfully obtain a G.E.D. She also participated in the debate between inmates of the D.C. jail and students from a local college, JMU. Several of the judges present praised her for her performance.

I hope you will consider this information in making your decision regarding her sentence. Thank you for your attention.

Sincerely,

*Sue Miller*

Sue Miller

Eppa Hunton, VI
300 N. Ridge Road, Unit 66
Henrico, Richmond, VA 23229

April 14, 2025

Dear Judge:

    I write on behalf of my sister, Eleanor Hunton Hoppe, seeking your leniency at her sentencing. The actions to which my sister has plead guilty are atrocious and deserve condemnation, but I beseech you to look behind those actions and, furthermore, to see who my sister truly is.

    My sister is a devoted mother of two beautiful daughters that need her. My sister has serious health issues including, but not limited to, Multiple Sclerosis. These issues led my sister to seek the care of Dr. Paul Spector, D.O. It was under his care that she was misdiagnosed and incorrectly medicated leading to my sister's actions. Subsequent to Eleanor's arrest, due to multiple complaints to the Virginia Board of Health, he was caught recklessly misprescribing drugs and has surrendered his license. What he did to others, he did to Eleanor.

    I ask that you show my sister leniency and allow her to return to her daughters as soon as possible.

                                                      Sincerely,

                                                      Eppa Hunton VI

The Honorable Judge Rudolph Contreras
U.S. District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Contreras,

I am writing this letter on behalf of Eleanor Hunton Hoppe whom I have known for over 30 years. I was her fourth-grade teacher and have followed her progress through life with interest and care.

During the time I knew her as a child, Eleanor was a bright, kind, and respectful student. She was thoughtful toward her peers and showed an early sense of responsibility. Over the years, I observed her growth into a devoted mother to her two daughters, and her love and dedication to them were evident.

It is with great sadness that I learned of the current allegations against her. While I cannot speak to the circumstances of the case, I can say that the Eleanor I knew was someone who valued family and tried to lead a good life.

I am also aware that she has been living with multiple sclerosis (MS), a disease that can significantly impact both physical and cognitive functioning. While I am not a medical professional, I believe it is important to consider how her health condition and treatment may have affected her mental and emotional well-being.

This letter is not meant to diminish the gravity of the charges she faces, but to offer context about her character and personal history. I hope this information will be taken into account when considering her current situation.

Sincerely,

*Margaret Rheutan*

Margaret Rheutan
Richmond, VA.
April 15, 2025

I have not been as involved with her as often since going off to college and then marriage. But the changes were noticed when I saw her. She would be hyper and not herself.

I hope she can be helped with her MS and medication. She is bright and has so much to give. I wish for her to good health and help getting there — instead of being locked away and forgotten. It would be such a waste.

Thank you,
Mary Ryan Holde

I Am writing on behalf of Eleanor Herrton. I Am one of her Godmothers And have known her all her life. She was raised in a Loving And Moral home. She has had a wonderful education in outstanding schools. She has done Volunteer work in School. She has been married And has Two precious girls. She has been a wonderful mother and helped raised them in a Christian Family. Unfortunately, her Marriage did not go well. There were problems on both sides.

    Eleanor developed MS as a young Adult. She seemed to handle

Well at first. She started developing side effects and medication problems. She started with heart problems and had to have pacemaker put on. She continued to have trouble finding the correct meds. She was put on a trical medication which caused a lot of unpleasant side effects she complained to her Doctor about the side effects especially mental problems. Instead of changing her meds he doubled them and that is when all her real problems started.