# EXHIBIT 12

Dear Honorable District Judge Contreras,

My name is Shameka Hayes, Advisory Neighborhood Commissioner and Georgetown Scholar. Today, I write in support of Ms. Eleanor Hoppe. When entering into a carceral setting, it is easy to succumb to the heaviness of the cinder block walls. To allow time to overwhelm you, and for every day to look like yesterday and tomorrow. However, incarceration can also be transformative and, ironically, liberating. In partnership with several local and national universities and vendors, the D.C. Correctional Treatment Facility (CTF) provides a wide range of programs and course offerings that allow residents to use their time productively, prepare for re-entry, and use education as a tool of liberation and renewal, creating light within darkness. Eleanor Hoppe has taken advantage of such opportunities. Familiar with the power of education, I have witnessed Ms. Hoppe transform from a quiet loner to a curious scholar and advocate for fellow residents. I am aware of Ms. Hoppe's indiscretion, but I am also equally aware of his prospective future. Day after day, week after week, I have witnessed Ms. Hoppe survive and thrive despite her circumstances. When Ms. Hoppe initially arrived, she was distraught and disappointed at not being the super supportive and present older sibling and parent she was on the street. However, she soon leaned into education to find perspective regarding the present and her future. Since being accepted, she has blossomed as a scholar, asking questions in pursuit of knowledge, learning from her peers, and using education as a tool to overcome adversity. Ms. Hoppe was not initially interested in pursuing education, but once she learned its power, she became consumed with the exploration of knowledge. Eleanor joined Free Minds Book Club to read more and expand her vocabulary; enrolled in more Barbering courses; and the Georgetown Prison Scholars Program. A hard-working scholar, Ms. Hoppe has been working diligently to complete her Barbering course. Although the Georgetown Prison Scholars consumes most of her time. If that's not enough, Ms. Hoppe is a member of my ANC committee at CTF and is on the resident IGP Committee to assist with addressing issues within the facility, and a resident-mentor. Ms. Hoppe's consistency and her tenacity to do well is inspiring and hopeful. We know that the thought of possibility must precede action in order for conditions to change- conditions of internal and external existence – and Ms. Hoppe has done so, using her confinement as an opportunity to change holistically. Rest assured, the Eleanor Hoppe that you initially met in your courtroom is not the Eleanor Hoppe that stands before you. Using her experience of confinement, Eleanor has discovered and created possibilities. She is fixed on the success that awaits her, believing in the power of second acts. Ms. Hoppe is prepared for the greater that lies beyond these cinder block walls.

Best regards,


Shameka Hayes

Advisory Neighborhood Commissioner 7F08