# EXHIBIT 14

Dear Judge

Eleanor Beaumont Hunton has been known to me all of her life. She is a warm, caring intelligent, thoughtful, creative, self-sacrificing woman. She puts others before herself. In lower school at St. Catherine's School, the teachers would put her with the unpopular girl in her class to help them assimilate into the class. Many weekends were filled with over nights with "assimilations". Eleanor was known as the holiday babysitter for the class caged pet, Ferrel cats and or injured birds. She worked hard in school and dug deep into projects.

Spring break during her kindergarten year, due to her father's work, the family stayed home. All of her friends went on spring break with their families so her mother suggested doing an "in depth" project of her choice. She chose rocks. Off to the library, Smithsonian and Science Museum. She read many books and asked very good questions and what that big word meant. She built displays, colored charts and labeled examples. It was fun to see and hear Eleanor explain her work. She had really learned a lot and was very proud of her accomplishment, as we all were. School started back up and as the students shared their vacation stories, Eleanor was the last to share her rock story. The teacher took her aside and told her that it wasn't good to claim that she had done all that work. Eleanor was hurt. Later, when class was over, she went to the teacher and said something to the effect, "You are my teacher and I want to learn and I did my project myself except my mother explained some works I didn't know and I learned a lot about rocks". The teacher called her mother and repeated what she said and apologized.

In the third grade she was assigned the Solar System as a project. Eleanor bought a black sweatshirt, made herself the sun with a yellow ball and she did the plants and their moons sticking out from the sweatshirt. She added a colorful diagram of the solar system. She was graded down because the orbit's lines did not touch the plants. The next day, this petite little third grader dragged four big books to school and all showing illustrations of the solar system with the orbit lines not touching their planet. Eleanor is non-confrontational, but has a deep sense of right and wrong.

In upper school, she excelled and won awards in city photograph classes. Her sophomore year, during spring break she went to Russia with a school group to live with a family and help teach English in an elementary school and document the experience in photography. St. Catherine's had a show of her photos. You could see the compassion she had for the children who had so very little and the genuine joy the children had with her.

I share this with you to give you the honest picture of Eleanor.

The summer of her junior year, she biked across the country with a group. For a 5'3", 108-pound girl, it was a grueling trip, sometimes cycling 120 miles a day. They

slept outside, ate at gas stations and drank lots of water. Very bare bones. She was hospitalized in Bartow, California for heat stroke, but she continued to the Pacific. It is believed that was the beginning of her disease of multiple sclerosis. She suffered through college, undetected. Finally after college, it was diagnosed and that odyssey began. During college, she volunteered at SARA (Sexual Assault Resource Agency). She worked with the victims of assault and stayed with them from the reported assault to the trial. I asked her once why SARA? She said she knew a girl that was date raped at a party and she wouldn't report it because of the shame, betrayal, hurt and worse the felling of abandonment. Eleanor said she felt strongly that if someone had been with this girl, it might have given her the strength to report it and the victim would become the victor. That would be worth Eleanor 's time and effort.

After University, she taught preschoolers in one of the poorest and most dangerous areas of Richmond. She told me every child's name ended in an "A". One day at the playdoh table, a little boy got mad and took the little plastic knife and said to Eleanor, "I am going to cut you bad". She said she took the plastic sculpting knife and told him, "I like you too much to ever let you hurt yourself by hurting anyone. You would not like yourself". The little boy started to cry, hug her and said with question, "You care about me". Eleanor said she would never forget that.

Eleanor is a good person with children and adults.

After college, she met someone who seemed perfect, said and did all the right things. He knew she had MS. She fell head-over-heels in love. They married and for the first couple of years, it was nice to see them together. But the kindness and caring began to stop on his part. It was replaced with passive-aggressiveness. He eliminated her friends, saying he didn't want to see them, spent her inheritance and didn't visit with her family.

But worse of all, he ignored her doctors and needs. He wasn't interested or cared. It got so bad, her family took her to Mayo Clinic for help since her doctors in MS were in transition and the prescriptions didn't work. She was in and out of UVA hospital. He didn't visit. Her girlfriends in Charlottesville worried about his actions towards her. They notified her parents about how she was being treated. He isolated her from her first child, which hindered the bonding.  He constantly put her down the harder she tried, the worse he was.

This stress made the MS worse as he bought cars, Brooks Brothers, Patagonia gear, left her every weekend and went skiing in season.   She had to shop at thrift stores. Her parents gave her the down deposit for their first home, paid for her engagement ring, and bought clothes for the girls. He got mad when they wouldn't pay for their private school. During this time, he was making a salary in the $150,000 range.

But she still loved him and still tried to do all he demanded. She loves her girls and was always there doing all she could.



Eleanor was referred to a doctor for Restless leg Syndrome who prescribed her Miraplex (I've enclosed an article). Her husband started a two-year affair before they separated, but had to admit his adulty during depositions, which is why the divorce is sealed. During this time, their oldest child told her grandmother and I quote "Daddy can't get any more money from Mommy". Her husband lied consistently about her and was positively evil about the divorce.

I never understood it, but never would Eleanor say anything negative about her husband nor would she allow anything negative to be said about him.

At no time have I ever seen Eleanor do or say anything that would be even remotely questionable. She never even raises her voice with the girls.

 He stopped; but his hatred of her parents has no bounds.

I saw a noticeable change in Eleanor in the fall of 2021. She was daring and spending money more than she had before, but she was working, single and had 50% visitation of her daughters. The three of them were very happy together.

She is not a sexual deviant nor is she a bad person. The media, especially a reporter from Charlottesville, has demonized her. He has twisted so much to the suggested negative thoughts. It had brought out every crazy person. Her family has been destroyed with lies. The doctor that prescribed her Miraplex has lost his license and hopefully will be sued for malpractice for which he is guilty.

While in DC jail, she has been punished. She has been physically harmed, mis-medicated repeatedly for her MS, which has worsened the disease and denied a hip replacement that four orthopedic doctors for the jail have said she needs now. She is in pain; it is hard to walk. Not seeing an MS doctor and the meds have caused her to lose teeth.

A murderer could be sentenced to the same number of years. If there was true justice and not just draconian laws (extra years sentenced for using a computer ... you can't blow your nose without using a computer today). The sentence would be null. This is the most unjust, unfair example of law.

Eleanor was truly not responsible as she has a little dog that went everywhere with her ... to work, shopping ... everywhere but that day she left the dog at home?

Again, Miraplex was in control, in a double dosage by the doctor. Why wasn't these true facts brought out at the plea deal?

PS: Four doctors' studies of Eleanor have stated she is not a sexual deviant, it was the DRUG.

*Penelope Newbell*